ROBERT R. MOORE (BAR NO. 113818)
MICHAEL J. BETZ (BAR NO. 196228)
NICHOLAS A. SUBIAS (BAR NO. 228789)
ANTON L. HASENKAMPF (BAR NO. 267488)
ALLEN MATKINS LECK GAMBLE
  MALLORY & NATSIS LLP
Three Embarcadero Center, 12th Floor
San Francisco, CA  94111-4074
Phone:  (415) 837-1515
Fax:  (415) 837-1516
E-Mail:  rmoore@allenmatkins.com
         mbetz@allenmatkins.com
         nsubias@allenmatkins.com
         ahasenkampf@allenmatkins.com

Attorneys for Non- Party Appellants
Cary Collins and Collins and Associates

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| In re:<br><br>SK FOODS, LP,<br><br>Debtor.<br><br>Bradley D. Sharp, et al.,<br><br>   Plaintiff,<br><br>   vs.<br><br>SSC Farms, I, LLC, et al.,<br><br>   Defendants. | Case Nos.  2:12-cv-00775-LKK; 2:12-cv-00923-LKK; 2:12-cv-01308-LKK; 2:12-cv-1464-LKK<br><br>**COMBINED STIPULATION AND [PROPOSED] ORDER:  (1) SHORTENING TIME ON ALLEN MATKINS' MOTION TO WITHDRAW; AND (2) EXTENDING BRIEFING SCHEDULE**<br><br>[*Application to Shorten Time Pending*]<br><br>Ctrm:   4<br>Judge:  Hon. Lawrence K. Karlton<br><br>Appeal Filed:  April 10, 2012 |

It is stipulated by and between counsel for Non-Party Appellants Cary Collins and Collins and Associates ( collectively "Appellants") and Appellee Bradley D. Sharp ("Trustee") that:

(1) The hearing on Allen Matkins' Motion to Withdraw as Counsel shall take place in Courtroom 4 of the above titled Court on July 23, 2012 at 10 a.m. No opposition or reply papers shall be filed the Trustee or Appellants.

(2) The deadline for Appellants to file their opening brief and excerpts of record is hereby extended for 30 days, to August 23, 2012. The appellee's opening brief is due within **fourteen (14) days** after service of appellants' brief. The appellants may file a reply brief with the district court, within **fourteen (14) days** after service of appellee's brief. Once all briefs have been submitted, appellants are to notify the court in writing, within **fourteen (14) days** after service of appellants' reply brief, that the appeal is ready for oral argument.

IT IS SO STIPULATED.

Dated: July __, 2012                SCHNADER HARRISON SEGAL
                                    & LEWIS LLP

                                    By: */s/ Kevin Coleman* (as authorized on 7-17-12)
                                        KEVIN W. COLEMAN
                                        Attorneys for Appellee Bradley D. Sharp,
                                        Chapter 11 Trustee

Dated: July 17, 2012                ALLEN MATKINS LECK GAMBLE
                                    MALLORY & NATSIS LLP

                                    By:/s/ *Robert R. Moore*
                                        ROBERT R. MOORE
                                        Attorneys for Non-Party Appellants
                                        Cary Collins and Collins and Associates

**PURSUANT TO STIPULATION, IT IS SO ORDERED:**

(1) The hearing on Allen Matkins' Motion to Withdraw as Counsel shall take place in Courtroom 4 of the above titled Court on August 6, 2012 at 10 a.m. No opposition or reply papers shall be filed by the Trustee or Appellants.

1  (2) The deadline for appellants to file their opening brief and excerpts of record is hereby
2 extended 60 days. The appellee's opening brief is due within **fourteen (14) days** after service of
3 appellants' brief. Appellants are cautioned that a business entity (including Collins & Associates)
4 may not file papers, argue or otherwise represent itself in court ("pro se"), but must instead retain
5 new counsel, if its current counsel's motion to withdraw is granted. Appellants may file a reply
6 brief with the district court, within **fourteen (14) days** after service of appellee's brief. Once all
7 briefs have been submitted, appellants are to notify the court in writing, within **fourteen (14) days**
8 after service of appellants' reply brief, that the appeal is ready for oral argument.

Dated: July 24, 2012.

_/s/ Lawrence K. Karlton_
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT