ROBERT R. MOORE (BAR NO. 113818)
MICHAEL J. BETZ (BAR NO. 196228)
NICHOLAS A. SUBIAS (BAR NO. 228789)
ANTON L. HASENKAMPF (BAR NO. 267488)
ALLEN MATKINS LECK GAMBLE
  MALLORY & NATSIS LLP
Three Embarcadero Center, 12th Floor
San Francisco, CA  94111-4074
Phone:  (415) 837-1515
Fax:  (415) 837-1516
E-Mail:  rmoore@allenmatkins.com
         mbetz@allenmatkins.com
         nsubias@allenmatkins.com
         ahasenkampf@allenmatkins.com

Attorneys for Non- Party Appellants
Cary Collins and Collins and Associates

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| In re:<br><br>SK FOODS, LP,<br><br>        Debtor.<br><br>———————————————<br><br>Bradley D. Sharp, et al.,<br><br>        Plaintiff,<br><br>   vs.<br><br>SSC Farms, I, LLC, et al.,<br><br>        Defendants. | Case Nos.  2:12-cv-00775-LKK; 2:12-cv-00923-LKK; 2:12-cv-01308-LKK; 2:12-cv-1464-LKK<br><br>**COMBINED STIPULATION AND [PROPOSED] ORDER:  (1) SHORTENING TIME ON ALLEN MATKINS' MOTION TO WITHDRAW; AND (2) EXTENDING BRIEFING SCHEDULE**<br><br>[*Application to Shorten Time Pending*]<br><br>Ctrm:   4<br>Judge:  Hon. Lawrence K. Karlton<br><br>Appeal Filed:  April 10, 2012 |

LAW OFFICES
**Allen Matkins Leck Gamble
Mallory & Natsis LLP**

850726.01/SF

Case Nos.  2:12-cv-00775-LKK; 2:12-cv-00923-LKK; 2:12-cv-01308-LKK; 2:12-cv-1464-LKK
Stipulation and [Proposed] Order

1  It is stipulated by and between counsel for Non-Party Appellants Cary Collins and Collins
2  and Associates ( collectively "Appellants") and Appellee Bradley D. Sharp ("Trustee") that:

3  (1)  The hearing on Allen Matkins' Motion to Withdraw as Counsel shall take place in
4  Courtroom 4 of the above titled Court on July 23, 2012 at 10 a.m.  No opposition or reply papers
5  shall be filed the Trustee or Appellants.

6  (2)  The deadline for Appellants to file their opening brief and excerpts of record is hereby
7  extended for 30 days, to August 23, 2012.  The appellee's opening brief is due within **fourteen**
8  **(14) days** after service of appellants' brief.  The appellants may file a reply brief with the district
9  court, within **fourteen (14) days** after service of appellee's brief.  Once all briefs have been
10 submitted, appellants are to notify the court in writing, within **fourteen (14) days** after service of
11 appellants' reply brief, that the appeal is ready for oral argument.

12 IT IS SO STIPULATED.

13 Dated: July __, 2012                     SCHNADER HARRISON SEGAL
                                            & LEWIS LLP
14
15                                          By: */s/ Kevin Coleman* (as authorized on 7-17-12)
                                                KEVIN W. COLEMAN
16                                              Attorneys for Appellee Bradley D. Sharp,
                                                Chapter 11 Trustee
17

18 Dated: July 17, 2012                     ALLEN MATKINS LECK GAMBLE
                                              MALLORY & NATSIS LLP
19

20                                          By:/s/  *Robert R. Moore*
21                                              ROBERT R. MOORE
                                                Attorneys for Non-Party Appellants
22                                              Cary Collins and Collins and Associates

23

24 **PURSUANT TO STIPULATION, IT IS SO ORDERED:**

25 (1)  The hearing on Allen Matkins' Motion to Withdraw as Counsel shall take place in
26 Courtroom 4 of the above titled Court on August 6, 2012 at 10 a.m.  No opposition or reply papers
27 shall be filed by the Trustee or Appellants.

28

LAW OFFICES
**Allen Matkins Leck Gamble
Mallory & Natsis LLP**

850726.01/SF

Case Nos.   2:12-cv-00775-LKK; 2:12-cv-00923-
LKK; 2:12-cv-01308-LKK; 2:12-cv-1464-LKK
Stipulation and [Proposed] Order

1  (2)  The deadline for appellants to file their opening brief and excerpts of record is hereby
2 extended 60 days.  The appellee's opening brief is due within **fourteen (14) days** after service of
3 appellants' brief.  Appellants are cautioned that a business entity (including Collins & Associates)
4 may not file papers, argue or otherwise represent itself in court ("pro se"), but must instead retain
5 new counsel, if its current counsel's motion to withdraw is granted. Appellants may file a reply
6 brief with the district court, within **fourteen (14) days** after service of appellee's brief.  Once all
7 briefs have been submitted, appellants are to notify the court in writing, within **fourteen (14) days**
8 after service of appellants' reply brief, that the appeal is ready for oral argument.

Dated:  July 24, 2012.

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT